# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| PRINCE F. BLIGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CV 411-267 |
| | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

# **REPORT AND RECOMMENDATION**

Convicted and serving a life sentence for a 1990 rape and felony burglary, *see Blige v. State*, 211 Ga. App. 771 (1994), Prince Blige (a/k/a Bernard Blidge and various other aliases) has filed a form 42 U.S.C. § 1983 complaint.[1] Docs. 1; attached Georgia Department of Corrections print-out; *see also* doc. 1 at 13. He titled it "Super Court of Chatham

---

[1] He also moved for leave to proceed *in forma pauperis* (IFP), which the Court granted but required additional IFP paperwork. Doc. 4. Blige complied. Docs 5 & 6. The Court thus will now screen his case under 28 U.S.C. § 1915(e)(2)(B)(ii) (allows a district court to *sua sponte* dismiss the complaint of a plaintiff proceeding in forma pauperis for failure to state a claim before service of process). It also proceeds under 28 U.S.C. § 1915A (courts must identify "cognizable claims" filed by prisoners or other detainees and dismiss claims which are frivolous, malicious, fail to state a claim for relief, or seek monetary relief from a defendant immune from such relief), and 42 U.S.C. § 1997e(c)(2) (allowing dismissal on the same four standards provided by § 1915A as to any prisoner suit brought "with respect to prison conditions").

County v. Prince f. Blige" (sic), doc. 1 at 1, listed *himself* as the "Name of defendant," *id.* at 4 ¶ IV(B), and left blank the section on the complaint form that asks him to supply a "State of Claim" and requested "Relief." *Id.* at 5-6 ¶¶ V-VI.

The Clerk captioned him as the plaintiff and inserted "State of Georgia" as the defendant. That was reasonable, since *possibly* Blige is seeking to overturn or otherwise challenge his conviction, in which case the state would be the proper defendant. *See* doc. 1 at 7-14 (attached, state-court filings from *State of Georgia v. Prince F. Blige* criminal case no. 264751, including a "Motion for Trial Transcripts" and "Demand for Statutory Discovery" aimed at capturing "a complete list of witnesses,"etc.).

But the Court cannot even discern that much because Blige left blank the "Statement of Claim" and "Relief" sections of the complaint. In the face of an essentially blank form complaint, Blige has simply failed to present a non-frivolous claim that would survive review under 28 U.S.C. § 1915(e)(2)(B). Nor can the Court conceive of any valid claim here. Any effort by Blige to have this Court "appellate-review" his state conviction would fail, since the *Rooker-Feldman* doctrine bars review of

"cases brought by state-court losers complaining of injuries caused by state-court judgments . . . and inviting district court review and rejection of those judgments." *Exxon Mobile Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). And, if it is federal habeas relief Blige seeks, *see Castro v. United States*, 540 U.S. 375, 381 (2003) (substance must govern over nomenclature, so a proceeding's label that a litigant chooses is irrelevant), then "his sole federal remedy is a writ of habeas corpus," *Preiser v. Rodriguez*, 411 U.S. 475, 499 n. 14 (1973); *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005); *Hutcherson v. Riley*, 468 F.3d 750, 754 (11th Cir. 2006), which means Blige must first exhaust his state remedies. *Williams v. Chisholm*, 2009 WL 3483585 at * 1 n. 1 (S.D. Ga. Oct. 28, 2009).

In that no apparent way exists for Blige to navigate his case around these roadblocks, it should be **DISMISSED WITHOUT PREJUDICE**. Meanwhile, it is time for Blige to pay the piper.[2] Based on his furnished information, doc. 5 ($0.00 average monthly balance for the last six months), the Court has determined that he has no funds in his prison

---

[2] This case also qualifies as a "strike" within the meaning of 28 U.S.C. § 1915(g), which, after three strikes, bars the filing of further § 1983 actions in forma pauperis absent allegations of imminent physical harm.

account during the past six months and therefore owes no initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula) (emphasis added). But his custodian (or designee) shall set aside 20 percent of all future deposits to the account, then forward those funds to the Clerk each time the set aside amount reaches $10.00, until the balance of the Court's $350.00 filing fee has been paid in full.

A copy of this Order and a copy of the Consent to Collection of Fees from Trust Account shall be served upon plaintiff and his current custodian. The payment portion of this Order is to be implemented immediately, as it is not subject to the adoption provision of Fed. R. Civ. P. 72(b).

**SO REPORTED AND RECOMMENDED** this 6th day of December, 2011.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Official Portal for the State of Georgia
Georgia Governor Nathan Deal

# Georgia Department of Corrections

Site Map
Privacy
Links
Contact Us
Help
Find an Offender
Find a Facility
GA Sex Offender Registry Search
Employment
Home
About GDC▽
Community Information▽
Divisions▽
Offender Information▽
News Room▽
Research▽

SHARE       Search our Site: 
TEXT
Translate:
SAVE

### Georgia Department of Corrections Offender Search

**Click here to start over | Return to previous screen**
The following represents the most recent information for this offender in our website database. However, this information is not delivered in "real time", and there may have been recent changes that are not displayed below. If you have questions, or find the below information incorrect, please contact/email us by clicking this link. Once you click the link, please select the category *'Information about a specific Offender/Transfers/County Jail Pick-up'*
**BLIDGE, PRINCE**
**GDC ID: 0000583771**



**PHYSICAL DESCRIPTION**
**YOB:** 1965
**RACE:** BLACK
**GENDER:** MALE
**HEIGHT:** 5'10"
**WEIGHT:** 145
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK

SCARS, MARKS, TATTOOS

INCARCERATION DETAILS
**MAJOR OFFENSE:** RAPE
**MOST RECENT INSTITUTION:** HAYS STATE PRISON
**MAX POSSIBLE RELEASE DATE:** LIFE Important Release Information
**TENTATIVE PAROLE MONTH:** NOT ALLOWED IN THIS CASE  Important Parole Information

**ACTUAL RELEASE DATE:** CURRENTLY SERVING
**CURRENT STATUS:** ACTIVE

KNOWN ALIASES
**A.K.A.** BLIDGE,BERNARD
**A.K.A.** BLIDGE,PRINCE
**A.K.A.** BLIDGE,PRINCE LEONARD
**A.K.A.** BLIGE,BERNARD
**A.K.A.** BLIGE,LEONARD
**A.K.A.** BLIGE,PRINCE
**A.K.A.** BLIGE,PRINCE LEON
**A.K.A.** BLIGE,PRINCE LEONARD
**A.K.A.** LEONARD,BERNARD
**A.K.A.** WOODS,TIM

**CASE NO: 264751**
**OFFENSE:** RAPE
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/14/1990
**SENTENCE LENGTH:** NOT AVAILABLE

**CASE NO: 264751**
**OFFENSE:** BURGLARY
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/14/1990
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

**CASE NO: 264751**
**OFFENSE:** THEFT BY SHOPLIFTING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 07/17/1990
**SENTENCE LENGTH:** 2 YEARS, 0 MONTHS, 0 DAYS

**CASE NO: 264751**
**OFFENSE:** obstr of law enf officer
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 07/17/1990
**SENTENCE LENGTH:** 0 YEARS, 12 MONTHS, 0 DAYS

STATE OF GEORGIA - PRIOR SENTENCES

STATE OF GEORGIA - INCARCERATION HISTORY

| INCARCERATION BEGIN | INCARCERATION END |
| --- | --- |
| 06/19/1992 | ACTIVE |
| 09/05/1990 | 11/06/1990 |
| 10/04/1985 | 05/17/1990 |

Site Map
Privacy
Links
Contact Us
Help